UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DONALD K. MCGHAN, et al., | ) ) |
| Defendants. | ) ) |
| AND ALL RELATED MATTERS | ) ) |

2:07-CV-00949-PMP-GWF

<u>ORDER</u>

This action has been in various stages of settlement for over a year.  On May 18, 2010, the Court entered an Order (Doc. #208) approving the fifth extension of the deadline for filing the stipulation of dismissal based upon the settlement.  By that stipulation, the parties were to file a stipulation of dismissal on or before August 31, 2010.  To date, nothing has been received by the Court.  The Court therefore concludes that the settlement has been consummated.

**IT IS THEREFORE ORDERED that** this action is hereby **DISMISSED** in accord with the settlement reached by the parties.

DATED:  September 9, 2010.

PHILIP M. PRO
United States District Judge